| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR 11-00937SOM-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR23-143 TLT |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: DAVID VERDEN WILLIAMS, JR. | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Susan Oki Mollway | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 07/13/2022   TO 07/12/2025 |

OFFENSE

<u>Count 1</u>: BANK ROBBERY 18 U.S.C. § 2113(a), a Class C felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

FILED
May 11 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 1, 2023
Date

*/s/ Susan Oki Mollway*
Susan Oki Mollway
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 10, 2023
Effective Date

United States District Judge